400 A.2d 644

Geyer v. Geyer, Appellant.

Submitted September 12, 1977. Herbert L. Ocks, for appellant; Harold Diamond, for appellee.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.